UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEE FAYNE, | : CIVIL ACTION NO. 3:06cv1438 (SRU) |
| Plaintiff, | : |
| v. | : |
| SPECTRUM BRANDS, INC. and WPC BRANDS, INC. | : |
| Defendants. | : JUNE 1, 2010 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff Lee Fayne and the remaining defendant United Industries Corporation, incorrectly named as "WPC Brands, Inc.," hereby stipulate and agree that all claims asserted in the captioned case are dismissed with prejudice, without costs, interest or fees to either party, waiving all rights of appeal.

PLAINTIFF, LEE FAYNE,

By ___/s/ Kevin S. Coyne_____
    Kevin S. Coyne, Esq. (ct11937)
    Coyne, von Kuhn, Brady & Fries, LLC
    999 Oronoque Ave.
    Stratford, CT   06614
    kscoyne@coynevkbf.com
    (203) 378-7100
    (203) 378-7411 (fax)
    Her Attorney

DEFENDANT, UNITED INDUSTRIES CORP., incorrectly named as WPC BRANDS, INC.,

By_____/s/ Thomas O. Farrish_____
    James H. Rotondo (ct05173)
    jhrotondo@daypitney.com
    Thomas O. Farrish (ct26917)
    tofarrish@daypitney.com
    Day Pitney LLP
    242 Trumbull St.
    Hartford, Connecticut   06103-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    Their Attorneys

## **CERTIFICATION**

      This is to certify that a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Thomas O. Farrish
Thomas O. Farrish